UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Natasha Garcia,**<br><br>              **Plaintiff,**<br><br>    v.<br><br>**EOS CCA; and**<br>**DOES 1-10, inclusive,**<br><br>              **Defendants.** | **Civil Action No.:  3:13-cv-00255-JBA** |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

**Dated July 11, 2013**

                                                                           **Respectfully submitted,**

                                                                           **PLAINTIFF, Natasha Garcia**

                                                                           **/s/ Sergei Lemberg**

                                                                           **Sergei Lemberg, Esq.**
                                                                           **LEMBERG & ASSOCIATES L.L.C.**
                                                                           **1100 Summer Street, 3rd Floor**
                                                                           **Stamford, CT 06905**
                                                                           **Telephone: (203) 653-2250**
                                                                           **Facsimile:  (203) 653-3424**
                                                                           **slemberg@lemberglaw.com**

## CERTIFICATE OF SERVICE

     I hereby certify that on July 11, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

Jonathan D. Elliot
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06604

                                                          By /s/ Sergei Lemberg
                                                           Sergei Lemberg